**Electronically Filed
Supreme Court
SCWC-29994
24-AUG-2011
08:15 AM**

NO. SCWC-29994

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee,

vs.

TALELE MIKA, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29994; CR. NO. 08-1-0053)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on July 12, 2011, is

hereby rejected.

DATED:  Honolulu, Hawai'i, August 24, 2011.

Keith M. Kaneshiro,
Prosecuting Attorney,
Brian R. Vincent, Deputy
Prosecuting Attorney,
on the application for
petitioner/plaintiff-
appellee.

Richard D. Gronna on the
response for respondent/
defendant-appellant.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ. and Circuit Judge Ayabe, in place of Acoba, J., recused.